FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

2014 FEB -7 P 2: 25

Alexandria Division

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No.1:14MJ 78 |
| v. ) | CLASS A MISDEMEANOR |
| ) | Initial Appearance: February 11, 2014 |
| TYLER E. BRAINARD ) | |
| ) | |
| ) | |

## CRIMINAL INFORMATION
(Count 1 –CLASS A MISDEMEANOR- 3317845)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 1, 2014, in the Prince William Forest Park, in the Eastern District of Virginia, the defendant, TYLER E. BRAINARD, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of Marijuana, a Schedule I controlled substance.

(Violation of Title 21, United States Code, Section 844).

(Count 2 - Class B Petty- 3317844)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about February 1, 2014, in the Prince William Forest Park, in the Eastern District of Virginia, the defendant, TYLER E. BRAINARD, did unlawfully operate a motor vehicle on a highway in the Commonwealth of Virginia by exceeding the posted speed limit, to wit: traveling 45 mph in a posted 25 mph zone.

(Violation of Title 36, Code of Federal Regulations, Section 4.21(c)).

DANA J. BOENTE
ACTING UNITED STATES ATTORNEY

By: _____
Rosanne S. Haney
Assistant U.S. Attorney
Attorney for the United States
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-299-3743
Fax: (703)-299-3980
rosie.haney@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be mailed to the defendant on the 7th day of February, 2014.

Rosanne C. Haney
Assistant United States Attorney