Petition for Action on Conditions of Pretrial Release
Page 1
PS 8 (02/10)

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Tyler E. Brainard            Docket No. 1:14-mj-00078

### Petition for Action on Conditions of Pretrial Release

COMES NOW Rachael Meyer, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Tyler E. Brainard, who was placed under pretrial release supervision by the Honorable John F. Anderson sitting in the court at Alexandria, on February 25, 2014, under the following conditions:

1) Report to Pretrial Services as directed; and
2) Undergo substance abuse testing and/or treatment as directed by Pretrial Services.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On May 30, 2014, and June 11, 2014, the defendant submitted urine samples that screened positive for marijuana.

PRAYING THAT THE COURT WILL ORDER a summons be issued and the defendant be required to show cause why his conditions of release should not be revoked.

ORDER OF COURT

Considered and ordered this __25th__ day of __June__, 20__14__ and ordered filed and made a part of the records in the above case.

__/s/ JFA__
John F. Anderson
United States Magistrate Judge
U.S. Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: June 13, 2014

__Joanne C. Mauder__ for Rachael Meyer
U.S. Probation Officer

Place: Alexandria